**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Armstrong, et ux., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> Town of Florence, Arizona, et al., ) <br> ) <br> Defendants. ) | No. CV-07-1800-PHX-PGR <br><br> ORDER |

IT IS ORDERED that the plaintiffs' Notice of Substitution of Counsel (doc. #19) is stricken from the record as being filed in violation of LRCiv 83.3(b).[1]

DATED this 30th day of July, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1] Counsel are advised that the total capitalization of the parties' names in the caption of any document filed with the Court violates LRCiv 7.1(a)(3).