**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Armstrong, et ux.,<br><br>        Plaintiffs,<br>    vs.<br><br>Town of Florence, Arizona, et al.,<br><br>        Defendants. | No. CV-07-1800-PHX-PGR<br><br>ORDER |

Since this Court's Local Rules do not permit a party to change counsel under these circumstances merely by filing a notice of substitution of counsel, as the Court thought it had pointed out in its last order (doc. #20) when it specified the governing rule,

IT IS ORDERED that the plaintiffs' [Second] Notice of Substitution of Counsel (doc. #21) is stricken from the record as being filed in violation of LRCiv 83.3(b).

DATED this 4th day of August, 2008.

Paul G. Rosenblatt
United States District Judge