**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Armstrong and Blanca Armstrong, husband and wife,<br><br>　　　　Plaintiffs,<br>v.<br><br>Town of Florence, Arizona, and Cardest James,<br><br>　　　　Defendants. | No. CV 07-1800-PHX-PGR<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Extend Discovery Deadline (doc. #29) for non-expert depositions for a period of 30 days, from October 31, 2008 to November 30, 2008, and good cause[1] appearing,

IT IS ORDERED granting the Stipulation to Extend Discovery Deadline (doc. #29). The parties shall complete their non-expert depositions no later than Monday, December 1, 2008.

DATED this 3rd day of November, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1] The parties have been actively participating in litigation and are in the process of discussing private mediation.