**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Travis Armstrong and Blanca Armstrong,)
husband and wife,                     )      No. CV 07-1800-PHX-PGR
                                      )
            Plaintiffs,               )          **ORDER**
                                      )
v.                                    )
                                      )
Town of Florence, Arizona, and Cardest)
James,                                )
                                      )
            Defendants.               )
_____)

Pursuant to the parties' Stipulation to Dismiss Count III of Plaintiffs' Complaint (Doc. 32), and good cause appearing,

IT IS HEREBY ORDERED **GRANTING** the Stipulation (Doc. 32.). **Count III** (intentional infliction of emotional distress) of Plaintiffs' Complaint is dismissed with prejudice, each party to bear their own costs as to this Count.

DATED this 4th day of January, 2009.

Paul G. Rosenblatt
United States District Judge