**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Armstrong and Blanca Armstrong, husband and wife,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Town of Florence, Arizona, and Cardest James,<br><br>　　　　　Defendants. | No. CV 07-1800-PHX-PGR<br><br>**ORDER** |

　　　　Pursuant to the Stipulation to Dismiss Plaintiff Blanca Armstrong's claims with prejudice (Doc. 36),

　　　　IT IS HEREBY ORDERED GRANTING the Stipulation. (Doc. 36.) All of Plaintiff Blanca Armstrong's claims are dismissed with prejudice, each party to bear their own attorney's fees and costs associated therewith.[1]

　　　　DATED this 12th day of January, 2009.

　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff Travis Armstrong retains all claims not otherwise previously dismissed.