**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Armstrong and Blanca Armstrong, husband and wife,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Town of Florence, Arizona, and Cardest James,<br><br>　　　　　Defendants. | No. CV 07-1800-PHX-PGR<br><br>**ORDER** |

Pursuant to the Stipulation for Dismissal (Doc. 40) filed by the parties, and for good cause appearing,

IT IS HEREBY ORDERED that the above entitled case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that any hearings set for this case are hereby vacated.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate any pending motions in this, and close the case accordingly.

DATED this 10th day of February, 2009.

_____
Paul G. Rosenblatt
United States District Judge